Tracy Kneebush and Venus Kneebush

       Plaintiff,

v.                                       Case No. **3:25-cv-00352**

Truist Bank, et al.,

       Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Defendant Experian Information Solutions, Inc.**    ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

  District of Columbia, Virginia

[✔] **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

### OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date:

_____

(Signature–hand signed)

Name: Ryan Klima

Firm:  Goodwin Procter LLP

Address:

  1900 N Street, NW, Washington, DC 20036

Email address: RKlima@goodwinlaw.com

**Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.**