**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | |
|---|---|
| TRACY KNEEBUSH, and VENUS KNEEBUSH, <br><br>       Plaintiffs, <br><br>     v. <br><br> TRUIST BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC, <br><br>       Defendants. | Case No.: 3:25-cv-00352 <br> District Judge Thomas A. Varlan <br> Magistrate Judge Debra C. Poplin |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Matthew Ginther, of Goodwin Procter LLP, located at

1900 N Street, NW, Washington, DC 20036, hereby enters his appearance as counsel for

Defendant Experian Information Solutions, Inc.

Dated: June 23, 2026

Respectfully submitted,

*/s/ Matthew Ginther*
Matthew Ginther (#36377)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Tel.: (202) 346-4000
Fax: (202) 346-4444
MGinther@goodwinlaw.com

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Matthew Ginther*
Matthew Ginther

2